**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Julian Mora; and Julio Mora, | No. CV-09-1719-PHX-DGC |
| Plaintiffs, | **ORDER** |
| vs. | |
| Joseph M. Arpaio, Sheriff of Maricopa County, Arizona, in his individual and official capacities; Captain Ray Jones, in his individual capacity; Lieutenant Joe Sousa, in his individual capacity; John Does I through IV, in their individual capacities; and Maricopa County, a body politic, | |
| Defendants. | |

Plaintiffs have filed a timely motion for leave to file an amended complaint pursuant to Rule 15 of the Federal Rules of Civil Procedure. Dkt. #41. Plaintiffs wish to amend the complaint to add Sergeant George Acritelli as a defendant. *Id.* at 2. No response has been filed, and the time for doing so has expired. *See* LRCiv 7.2(c); Fed. R. Civ. P. 6(a), (d). The Court will grant the motion pursuant to Local Rule 7.2(i) and Federal Rule 15(a)(2).

**IT IS ORDERED:**

1. Plaintiffs' motion for leave to file amended complaint (Dkt. #41) is **granted**.

2. Plaintiffs shall file the proposed amended complaint (*see* Dkt. #41-2 at 3-18) by **May 7, 2010**.

DATED this 29th day of April, 2010.

_____
David G. Campbell
United States District Judge