1 **WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Julian Mora; and Julio Mora, | No. CV-09-1719-PHX-DGC |
| Plaintiffs, | **ORDER** |
| vs. | |
| Joseph M. Arpaio, Sheriff of Maricopa County, Arizona, in his individual and official capacities; Captain Ray Jones, in his individual capacity; Lieutenant Joe Sousa, in his individual capacity; Sergeant George Acritelli, in his individual capacity; John Does I through IV, in their individual capacities; and Maricopa County, a body politic, | |
| Defendants. | |

Plaintiffs have filed a timely motion for leave to file a second amended complaint pursuant to Rule 15 of the Federal Rules of Civil Procedure. Dkt. #49. Plaintiffs wish to add as defendants Sergeant Guadalupe Rios and former MCSO Officer Guillermo Montano. *Id.* at 2; *see* Dkt. #49-2.

Rule 15 makes clear that the Court "should freely give leave [to amend] when justice so requires." Fed. R. Civ. P. 15(a)(2). This policy in favor of leave to amend must not only be heeded by the Court, *see Foman v. Davis*, 371 U.S. 178, 182 (1962), it must also be applied with extreme liberality, *see Owens v. Kaiser Foundation Health Plan, Inc.*, 244 F.3d 708, 880 (9th Cir. 2001). The Court, in the interest of justice, will grant Plaintiffs leave to file a second amended complaint. *See Neuendorf v. Unknown Party*, No. CV 10-124-PHX-

RCB (DKD), 2010 WL 1743198, at *2 (D. Ariz. Apr. 27, 2010).

**IT IS ORDERED:**

1. Plaintiffs' motion for leave to file second amended complaint (Dkt. #49) is **granted**.

2. Plaintiffs shall file the second amended complaint by **May 28, 2010**.

DATED this 24th day of May, 2010.

_____
David G. Campbell
United States District Judge