| | |
|---|---|
| 1 | Timothy J. Casey (#013492) |
| 2 | SCHMITT, SCHNECK, SMYTH & HERROD, P.C.<br>1221 East Osborn Road, Suite 105 |
| 3 | Phoenix, AZ 85014-5540<br>Telephone: (602) 277-7000 |
| 4 | Facsimile:  (602) 277-8663<br>timcasey@azbarristers.com |
| 5 | Counsel for Defendants Arpaio, Jones,<br>Sousa, Acritelli, Rios, and Montano |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Julian Mora and Julio Mora,<br><br>    Plaintiffs,<br><br>vs.<br><br>Joseph M. Arpaio, Sheriff of Maricopa County, Arizona, in his individual and official capacities; Captain Ray Jones, in his individual capacity; Lieutenant Joe Sousa, in his individual capacity; Sergeant George Acritelli, in his individual capacity; Sergeant Guadalupe Rios, in his individual capacity; Officer Guillermo Montano, in his individual capacity; John Does I through III, in their individual capacities; and Maricopa County, Arizona, a body politic,<br><br>    Defendants. | No. CV 09-01719-PHX-DGC<br><br>**MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS ARPAIO, JONES, SOUSA, ACRITELLI, RIOS, AND MONTANO AND MOTION TO ALLOW A SEALED FILING, OR AN IN-CAMERA PRESENTATION, OF THE GOOD CAUSE SUPPORTING THE MOTION TO WITHDRAW** |

Pursuant to Rules 83.2(3) and 83.3(b) (2), United States District Court Rules, District of Arizona, the law firm of SCHMITT, SCHNECK, SMYTH & HERROD, P.C. and attorneys TIMOTHY J. CASEY and DREW METCALF (collectively "SSSH"), attorneys for Defendants Joseph M. Arpaio, Captain Ray Jones (retired and a former Maricopa County Sheriff's Office employee), Lieutenant Joe Sousa, Sergeant George Acritelli, Sergeant Guadalupe Rios, Officer Guillermo Montano (a former Maricopa County Sheriff's Office employee) (collectively referred to hereinafter as the "Insured Defendants") hereby move the Court for its Order allowing SSSH to withdraw as counsel of record for the Insured Defendants in this matter.

1   SSSH asserts that good cause exists for granting this Motion because there is a
2  conflict between the Insured Defendants and their Maricopa County insurer, and, as a result,
3  there also is a conflict between the Maricopa County insurer and SSSH as defense counsel
4  for the Insured Defendants.  Given the nature of the conflict, SSSH further moves the Court
5  for its Order:  (1) granting SSSH permission to file **under seal** with the Court a
6  Memorandum of Points and Authorities that provide the factual and legal good cause
7  supporting this Motion to Withdraw, with copies of the sealed Memorandum going only to
8  counsel for Maricopa County and counsel to the Maricopa County insurer; or alternatively
9  (2) allowing an *in camera* presentation regarding the good cause in support of this Motion to
10 Withdraw.

   SSSH's Rule 83.3(b)(2) Certification is attached to this Motion.

   The consent of each Insured Defendant to this Motion to Withdraw, except Defendant
Montano who resides in Douglas, Arizona and is currently unreachable, is attached to this
Motion.

    Finally, the Maricopa County insurer advised SSSH this date that it does *not* consent
to any Motion to Withdraw by SSSH, and intends to oppose such Motion.

   DATED this 10th day of September, 2010.

                              SCHMITT, SCHNECK, SMYTH & HERROD, P.C.

                               *s/Timothy J. Casey*
                              Timothy J. Casey
                              Schmitt, Schneck, Smyth & Herrod, P.C.
                              1221 E. Osborn Rd., Suite 105
                              Phoenix, Arizona 85014
                              Telephone: (602) 277-7000
                              Facsimile:  (602) 277-8663
                              timcasey@azbarristers.com
                              Counsel for Arpaio and MCSO Defendants.

**ORIGINAL** of this document electronically
filed with the Clerk's Office using the
CM/ECF System this 10th day of September, 2010.

1  **COPY** of this document electronically and regular mailed this 10th day of September, 2010, to the following:
2
   The Honorable David G. Campbell
3  United States District Court
   401 West Washington Street,
4  Phoenix, Arizona 85003-2158

5  **COPY** of this document electronically and regular mailed this 10th day of September, 2010, to the following counsel of record:
6
   Daniel J. Pochoda, Esq.
7  Annie Lai, Esq.
   ACLU FOUNDATION OF ARIZONA
8  3707 N. 7th Street, Suite 235
   Phoenix, Arizona 85014
9  Co-counsel for Plaintiffs

10 Cecillia D. Wang, Esq.
   ACLU FOUNDATION IMMIGRANTS'
11 RIGHTS PROJECT
   39 Drumm Street
12 San Francisco, CA 94111
   Co-counsel for Plaintiffs
13
   Stephen M. Ryals, Esq.
14 RYALS 7 BREED PC
   3120 Locust Street
15 St. Louis, MO 63103
   Co-counsel for Plaintiffs
16
   Randall Garczynki, Esq.
17 Brad Keogh, Esq.
   MARICOPA COUNTY
18 OFFICE OF GENERAL LITIGATION SERVICES
   Maricopa County Administration Building
19 301 West Jefferson Street, Suite 3200
   Phoenix, Arizona 85003
20 Attorneys for Defendant Maricopa County

21 **COURTESY COPY** of this document electronically and regular mailed this 10th day of September, 2010, to the following persons:
22
   Mr. Peter J. Crowley
23 Risk Manager
   MARICOPA COUNTY RISK MANAGEMENT
24 222 North Central Ave., Suite 1110
   Phoenix, Arizona 85004
25
   Ms. Jacquie Garrett
26 Claims Adjuster
   MARICOPA COUNTY RISK MANAGEMENT
27 222 North Central Ave., Suite 1110
   Phoenix, Arizona 85004
28

SCHMITT, SCHNECK, SMYTH & HERROD, P.C.
Professional Corporation

3

1  *s/Eileen Henry*_____
2  Eileen Henry, Paralegal,
   SCHMITT, SCHNECK, SMYTH & HERROD, P.C.

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28