| | |
|---|---|
| 1 | Timothy J. Casey (#013492) |
|   | SCHMITT, SCHNECK, SMYTH & HERROD, P.C. |
| 2 | 1221 East Osborn Road, Suite 105 |
|   | Phoenix, AZ 85014-5540 |
| 3 | Telephone: (602) 277-7000 |
|   | Facsimile:  (602) 277-8663 |
| 4 | timcasey@azbarristers.com |
|   | Counsel for Defendants Arpaio, Jones, |
| 5 | Sousa, Acritelli, Rios, and Montano |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Julian Mora and Julio Mora, | No. CV 09-01719-PHX-DGC |
| Plaintiffs, | |
| vs. | **REPLY IN SUPPORT OF DEFENDANTS ARPAIO, JONES, SOUSA, ACRITELLI, RIOS, AND MONTANO'S MOTION TO FILE UNDER SEAL A MEMORANDUM IN SUPPORT OF SSSH'S MOTION TO WITHDRAW** |
| Joseph M. Arpaio, Sheriff of Maricopa County, Arizona, in his individual and official capacities; Captain Ray Jones, in his individual capacity; Lieutenant Joe Sousa, in his individual capacity; Sergeant George Acritelli, in his individual capacity; Sergeant Guadalupe Rios, in his individual capacity; Officer Guillermo Montano, in his individual capacity; John Does I through III, in their individual capacities; and Maricopa County, Arizona, a body politic, | |
| Defendants. | |

The law firm of SCHMITT, SCHNECK, SMYTH & HERROD, P.C. and attorneys TIMOTHY J. CASEY and DREW METCALF ("SSSH"), attorneys for Defendants Joseph M. Arpaio, Captain Ray Jones, Lieutenant Joe Sousa, Sergeant George Acritelli, Sergeant Guadalupe Rios, Officer Guillermo Montano (the "Insured Defendants") submit this Reply in Support of their Motion for permission to allow SSSH to file under seal with the Court a Memorandum of Points and Authorities that provides the factual and legal good cause supporting the Motion to Withdraw.

    1.    SSSH has filed, with the consent of all but one of its Insured Defendants, a

Motion to Withdraw.[1]  SSSH asserts that good cause exists for granting the Motion because there is a conflict between the Insured Defendants and their Maricopa County insurer, and, as a result, there also is a conflict between the Maricopa County insurer and SSSH as defense counsel for the Insured Defendants.  *Maricopa County Public Defender's Office v. Rogers*, 187 Ariz. 162, 166, 927 P.2d 822, 826 (App. 1996) (in reversing trial court and allowing defense counsel to withdraw, the appellate court held "the trial court should give great weight to a representation by counsel that there is a conflict….").  Suffice it to say, the Maricopa County insurer has directed the Insured Defendants and their defense counsel to take certain action and the Insured Defendants do not agree or consent to the action directed by the Maricopa County insurer.

    2.    To the extent this Court desires a detailed explanation supporting the withdrawal, SSSH proposed that such explanation be filed under seal or provided to the Court *in camera*.  *Id*. at 166-67, 826-27 ("Nor does our holding preclude a trial court from exploring the adequacy of the basis of defense counsel's representations regarding a conflict of interests without improperly requiring disclosure of the confidential communications of the client.").  To provide additional information regarding the Maricopa County insurer-Insured Defendants' conflict in an unsealed Motion to Withdraw, as suggested by Plaintiffs, would involve disclosing sensitive, confidential, and/or privileged matters, and would also necessitate disclosure of information that would reveal the mental impressions, case evaluation, and/or trial preparation of SSSH and/or counsel for Defendant Maricopa County.  *Cf. Arizona v. Hampton*, 208 Ariz. 241, 93 P.3d 871 (2004) (Defense counsel filed a motion to withdraw and filed under seal the document that served as the factual basis for the motion).

    3.    Plaintiffs rely on Local Court Rule 5.6 to oppose a sealed Memorandum.  This reliance is mistaken.  While undersigned counsel has not located any decisional law interpreting Local Court Rule 5.6, it appears from a review of the rule that its purpose is to make certain the litigation and resolution of cases are conducted on the merits and in open

---

[1] Former MCSO officer and employee Guillermo Montano now resides in Douglas, Arizona.  Defense counsel has not been able to reach him to discuss the issues presented in SSSH's Motion and determine his position on the same and whether he will consent to SSSH's withdrawal.

2

court absent good cause justifying a sealed filing. There is no indication that a law firm/lawyer's Motion to Withdraw, which is extraneous to the merits of the litigation's merits and resolution, and often may involve either sensitive, confidential, or privileged reasons for the withdraw is subject to a public filing. The fact that a government entity is the insurer, or a named defendant, does not require the public disclosure of the reasons supporting SSSH's Motion to Withdraw.

4. Finally, in the event the Court desires detailed explanations for the Motion to Withdraw, SSSH respectfully requests that the Court allow a sealed supporting Memorandum of Points and Authorities, with copies of the sealed Memorandum going only to counsel for Maricopa County and counsel to the Maricopa County insurer; or alternatively allowing an *in camera* presentation regarding the good cause in support of this Motion to Withdraw.

DATED this 21st day of September, 2010.

SCHMITT, SCHNECK, SMYTH & HERROD, P.C.

 *s/Timothy J. Casey*
Timothy J. Casey
Schmitt, Schneck, Smyth & Herrod, P.C.
1221 E. Osborn Rd., Suite 105
Phoenix, Arizona 85014
Telephone: (602) 277-7000
Facsimile: (602) 277-8663
timcasey@azbarristers.com
Counsel for Arpaio and MCSO Defendants.

**ORIGINAL** of this document electronically
filed with the Clerk's Office using the
CM/ECF System this 21st day of September, 2010.

**COPY** of this document electronically and regular mailed
this 21st day of September, 2010, to the following:

The Honorable David G. Campbell
United States District Court
401 West Washington Street,
Phoenix, Arizona 85003-2158

**COPY** of this document electronically and regular mailed
this 21st day of September, 2010, to the following counsel of record:

3

1  Daniel J. Pochoda, Esq.
   Annie Lai, Esq.
2  ACLU FOUNDATION OF ARIZONA
   3707 N. 7th Street, Suite 235
3  Phoenix, Arizona 85014
   Co-counsel for Plaintiffs
4
   Cecillia D. Wang, Esq.
5  ACLU FOUNDATION IMMIGRANTS'
   RIGHTS PROJECT
6  39 Drumm Street
   San Francisco, CA 94111
7  Co-counsel for Plaintiffs

8  Stephen M. Ryals, Esq.
   RYALS 7 BREED PC
9  3120 Locust Street
   St. Louis, MO 63103
10 Co-counsel for Plaintiffs

11 Randall Garczynki, Esq.
   Brad Keogh, Esq.
12 MARICOPA COUNTY
   OFFICE OF GENERAL LITIGATION SERVICES
13 Maricopa County Administration Building
   301 West Jefferson Street, Suite 3200
14 Phoenix, Arizona 85003
   Attorneys for Defendant Maricopa County
15
   **COURTESY COPY** of this document electronically and regular mailed
16 this 21st day of September, 2010, to the following persons:

17 Mr. Peter J. Crowley
   Risk Manager
18 MARICOPA COUNTY RISK MANAGEMENT
   222 North Central Ave., Suite 1110
19 Phoenix, Arizona 85004

20 Ms. Jacquie Garrett
   Claims Adjuster
21 MARICOPA COUNTY RISK MANAGEMENT
   222 North Central Ave., Suite 1110
22 Phoenix, Arizona 85004

23 *s/Eileen Henry_____*
   Eileen Henry, Paralegal,
24 SCHMITT, SCHNECK, SMYTH & HERROD, P.C.

25

26

27

28