Daniel J. Pochoda (SBA No. 021979)
*dpochoda@acluaz.org*
Anne Lai (SBA No 330036*)
*alai@acluaz.org*
ACLU FOUNDATION OF ARIZONA
3707 N. 7th St., # 235,
Phoenix, AZ 85014
Telephone: (602) 650-1854
Facsimile:  (602) 650-1376
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

Attorneys for Plaintiffs

Additional counsel listed on following page

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| JULIAN MORA and JULIO MORA, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH M. ARPAIO, Sheriff of Maricopa County, Arizona, in his individual and official capacities; CAPTAIN RAY JONES, in his individual capacity; LIEUTENANT JOE SOUSA, in his individual capacity; SERGEANT GEORGE ACRITELLI, in his individual capacity; SERGEANT GUADALUPE RIOS, in his individual capacity; OFFICER GUILLERMO MONTANO, in his individual capacity; JOHN DOES I THROUGH III, in their individual capacities; and MARICOPA COUNTY, ARIZONA, <br><br> Defendants. | No. CV 09-01719-PHX-DGC <br><br> **NOTICE OF SETTLEMENT** |

*Additional Attorneys For Plaintiffs*:

Cecillia D. Wang (admitted pro hac vice)
*cwang@aclu.org*

ACLU FOUNDATION
　IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0775
Facsimile: (415) 395-0950

Andre I. Segura (admitted *pro hac vice*)
*asegura@aclu.org*

ACLU FOUNDATION
　IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004-2400
Telephone: (212) 549-2660
Facsimile: (212) 549-2654

Steven M. Ryals (admitted *pro hac vice*)
*ryals@rblawstl.com*

RYALS & BREED PC
3120 Locust Street
St. Louis, MO 63103
Telephone: (314) 862-6262
Facsimile: (314) 880-2027

Pursuant to Local Rule 40.2(d), notice is hereby given to the Court that the parties have reached a settlement in this matter. The parties anticipate that they will file the appropriate settlement documents with the Court within 30 days.

RESPECTFULLY SUBMITTED this 1st day of July, 2011.

Dated: July 1, 2011

ACLU FOUNDATION OF ARIZONA

ACLU FOUNDATION
  IMMIGRANTS' RIGHTS PROJECT

RYALS & BREED PC

By /s/ *Anne Lai*
Anne Lai
ACLU FOUNDATION OF ARIZONA
3707 N. 7th St., Ste. 235
Phoenix, AZ  85014
Telephone: (602) 650-1854
Facsimile:  (602) 650-1376

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of July, 2011, I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

*Attorneys for Defendants*

Timothy J. Casey
tim@azbarristers.com

Randall R Garczynski
garczynskir@mail.maricopa.gov

Dated: July 1, 2011
        Phoenix, Arizona

/s/ Gloria A. Torres
Paralegal